■ INTEGRATED FACILITY SYSTEMS, INC., Appellant, v COLLEEN C. GARDNER, as Commissioner of New York State Department of Labor, et al., Respondents. [924 NYS2d 898]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered October 29, 2010 in a declaratory judgment action. The order granted the motion of defendants to

dismiss the complaint and denied as moot the cross motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.